Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0766

H2O Sports Manufacturing, LLC, and Chad Roberson v. Sportsman's Marine, LLC, and Hank Miner (Appeal from Baldwin Circuit Court: CV-20-901324).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.